JOSEPH J. LUNGHINO, Appellant, v. GEORGE F. RAND and Others, Respondents.

---

* Laws of 1923, chap. 231.— [REP.

† Laws of 1888, chap. 345.— [REP.

‡ Amd. by Laws of 1916, chap. 576.— REP.

— Order modified and as modified affirmed without costs of this appeal to either party. All concur.